JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAI ALKEBU-LAN,<br><br>    Petitioner,<br><br>    v.<br><br>S. HATTON, Warden,<br><br>    Respondent. | Case No. CV 16-8378-DDP (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: May 19, 2017

HONORABLE DEAN D. PREGERSON
United States District Judge